UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ESSEX INSURANCE COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-08-125 |
| | § | |
| JACKIE HINES, *et al*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

In accordance with the Court's Order granting defendant Hines' motion for summary judgment and denying plaintiff Essex's motion for summary judgment, the Court enters final judgment dismissing this action.

SIGNED and ORDERED this 17th day of March, 2009.

_____
Janis Graham Jack
United States District Judge